Robert R. Fischer
Federal Defenders of Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-268-BLW |
| Plaintiff, | Notice of Appeal |
| vs. | |
| CRUZ FLECHITA RAMON SOTO, | |
| Defendant. | |

To: WENDY J. OLSON, United States Attorney
NANCY D. COOK, Assistant United States Attorney

Notice is given that Cruz Flechita Ramon Soto appeals to the United States Court of Appeals for the Ninth Circuit the District Court's judgment and sentence, ECF. No. 75.

Dated: October 13, 2016

Respectfully Submitted,

S/ Robert R. Fischer
Robert R. Fischer, WA 21839
Attorneys for Soto
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Robert_Fischer@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: NANCY D. COOK, Assistant United States Attorney.

<u>S/ Robert R. Fischer</u>
Robert R. Fischer, WA 21839
Attorneys for Soto
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Robert_Fischer@fd.org